# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 12-4433 JKS
)
YAHOO! Inc. Email Account )
alan.franks@ymail.com )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

YAHOO! Inc. Email Account, alan.franks@ymail.com and as further described in ATTACHMENT A2, which is attached hereto and incorporated fully herein.

located in the _____ District of ____Maryland____ , there is now concealed *(identify the person or describe the property to be seized)*:

evidence of the commission of criminal offenses, as further described in the attached affidavit in support of search warrant incorporated fully herein including attachment B2.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | possession, receipt, transportation, and/or distribution of child pornography |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jacqueline Dougher, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2012

*Judge's signature*

City and state: Greenbelt, MD                    Jillyn K. Schulze, U.S. Magistrate Judge
*Printed name and title*

FILED
LOGGED ___ENTERED
___RECEIVED
NOV 01 2012
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY